

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-17-00783-CV

Aydee Marie **MOSER**,
Appellant

v.

Charles Phillipe **MOSER**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-14150
Honorable Stephani A. Walsh, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  January 31, 2018

DISMISSED

Appellant has filed a "notice of nonsuit" which we construe as a motion to dismiss this appeal.  Appellee has not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against the party who incurred them.

PER CURIAM